FILED
SEP 20 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANTHONY WALKER (1),<br>ESTRELLA GARCIA (2)<br>Defendant. | ) | Case No.:<br>COMPLAINT FOR VIOLATIONS OF<br>Title 18, U.S.C. §1591- Sex Trafficking of a Minor<br>'13MJ3569 |

The undersigned Complainant, being duly sworn, states:

On or about November 28, 2012 thru February 5, 2013, within the Southern District of California, and in and affecting interstate and foreign commerce, defendants ANTHONY WALKER and ESTRELLA GARCIA, did knowingly recruit, entice, harbor, transport, provide, obtain and maintain a person, to wit: a female minor (age – 14) knowing and in reckless disregard of the fact that the person (1) would be caused to engage in a commercial sex act; and (2) having a reasonable opportunity to observe the person and knowing and in reckless disregard of the fact that the person had not attained the age of 18 years; in violation Title 18, United States Code, Section 1591.

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Det. Marc Jose, SDPD Detective
Special Deputy-U.S. Marshal

Sworn to me and subscribed in my presence this 20th day of September 2013.

U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

A minor female (age 14) (hereinafter "MF") was reported as a missing juvenile several times between November 2012 thru February 2013 by her mother. On February 5, 2013, MF came home. Her mother told MF that she was being taken to a teen treatment facility. The mother took three cell phones from MF before she was placed in the treatment facility. The mother continued to have contact with MF while she was in the facility. MF told her mother that she was pimped out by a 19 year old male she knew as Anthony Walker. Walker also used the name "Anthony Sweet."

In May of 2013, MF's mother contacted a San Diego Police Detective M. Haas and asked for help with her daughter, MF. The mother gave the cell phones to Det. Haas. On May 17, 2013, Detective Haas contacted me and told me about MF and gave me the three cell phones he received from the mother. A few days later I met with MF's mother. She told me pictures of MF were posted on the internet on the escort websites myredbook.com and backpage.com. MF told her mother she used the email address fxckinqq_barbie@yahoo.com to post the ads. MF's mother told me she found an escort ad on myredbook.com which contained photographs of her daughter.

On May 23, 2013, I spoke to MF she told me how she ran away from home in November of 2012. She had met a male named Jason who later introduced her to Anthony Walker, who used the moniker "Antckash". MF said at first Jason was asking her to work with him. Later that night Jason and Walker took MF in a car to the La Quinta Inn hotel, located at 630 Sycamore Avenue in Vista, California. While in the room Walker and Jason told MF they were going to make money. Walker told MF he was going to take pictures of her to post on the internet. Walker used his cell phone to take the photos of MF. After the ad of MF was

posted on an internet escort website she began getting calls from customers. In the beginning, Walker listed MF's cell phone #951-392-4200 on the ads for the customers to call. He later provided her with another phone to use. Walker taught MF how much to charge customers, where to put the money, and to text him when the customers arrived and then when they were done with her and left. MF told Walker she was 17 years old because she didn't want him to know her real age. MF believed that Walker later found out from one of MF's friends that she was really 14 years old and that Walker was okay with it.

The first night working MF made money for sex acts with the customers. She first gave this money to Jason but Walker saw how much money she could make and he told MF to "choose up". I know from training and experience the term "choose up" in the pimping and prostitution business is when a pimp tells a prostitute to choose who she is going to work for. In some cases the pimp will require the prostitute to pay him a choosing fee before he will allow her to work for him. Walker told Jason that MF was working for him now and Jason left the hotel.

MF worked for Walker from around November 2012 to February 2013. During this time MF said Anthony posted her on the internet and provided her with his cell phone, #619-342-6612, to use. He took her from San Diego to the Los Angeles area to work out of various hotels as a prostitute for him. Walker also got a new phone #619-219-1413 which he used to contact MF. Shortly after MF began working for Walker he introduced MF to another girl, Estrella Garcia. Garcia was also working for Walker as a prostitute. MF said Garcia was 18 or 19 years old. Garcia went with them to the hotel and they worked out of the same room at times. Garcia helped post ads of MF on the internet. MF said they used the escort websites myredbook.com and backpage.com. MF said Garcia had a large tattoo of

an Indian dream catcher on her thigh. MF told me about the three cell phones her mother had taken from her. MF said the white HTC Radar 4G, #619-342-6612, was originally Walker's phone and he gave it to her to use. MF said the maroon colored LG Envy #951-392-4200 was her personal phone. MF said the red colored flip style phone was Garcia's phone. MF gave me permission to look through the phones.

I checked the cell phones for any evidence and to determine who the subscriber or user was of the phone. In the white HTC Radar 619-342-6612 under the "Profile" of the phone was a photograph of male, which I later recognized to be Walker, and the profile was titled "Me". I also found Walker and MF together in photographs in the phone. The phone settings showed the phone number to be #619-342-6612. I found the following email accounts associated with the phone, antckash@gmail.com, walker.anthony69@yahoo.com, fxckinqq_barbie@yahoo.com. I also found text messages in the phone between MF and customers asking her if she was available. I also found text messages between Walker, #619-219-1413, where he tells her she is his "bottom" and he is her "P". I know from training and experience that Walker is telling MF that she is his bottom bitch and he is her pimp. In another text message he tells her that they will get the doe, meaning money, and MF calls him "Daddy". I know from training and experience that the term "Daddy" is used in the pimping and prostitution business. It is what many pimps require their prostitutes to call them.

In the maroon colored LG Envy, the phone settings showed the phone number to be #951-392-4200, which is MF's personal phone. In the phone I found a contact listed as "Antckash". The phone number for this contact showed as #619-219-1413. T-Mobile subscriber information showed the subscriber of 619-219-1413 to be Anthony Sweet with a date of birth in 1994. For this phone

subscription Walker used the alias name Sweet which MF knew of and his true date of birth.

During my investigation I conducted an internet search for escort ads associated with the email address fxckinqq_barbie@yahoo.com, I found several ads on the escort website myredbook.com which contained photographs of a white female with dark hair. I later met with MF's mother and showed the photos of the female in the ad and she positively identified the female as MF.

I also conducted an internet search for the phone numbers #619-342-6612, #619-219-1413, and 951-392-4200. I found several ads listing these numbers on the websites myredbook.com and backpage.com. These ads contained photographs of MF and listed the phone numbers I had searched for.

Subpoena #28304 return from backpage.com showed numerous ads for MF. The first ads which contained photographs of MF in the return are dated January 15, 2013. The last ad of MF in the return was dated February 3, 2013. During my internet search for ads of MF, I found an ad for MF dated as early as January 8, 2013 which listed her personal phone number #951-392-4200 which corroborated her statement that Walker listed her phone number when she first started working for him.

FBI Agent Eberhard requested Administrative Subpoenas for the subscriber information for the phone numbers #619-342-6612 and #619-219-1413. Phone #619-342-6612 was a prepaid phone and did not have customer information.

The subscriber for phone #619-219-1413 from T-Mobile came back to Anthony Sweet and was active during the time that MF was working for Walker. MF had stated that Walker also used the name Anthony Sweet and his mother's maiden name was Sweet. Walker also had "Sweet" tattooed on his arm. During a

search for Walker in Coplink, I found a Field Interview for Anthony Walker which documented the tattoo of "Sweet" on his arm.

While checking the phones for text messages I found several text messages in the white HTC phone, #619-342-6612, which MF used. There are several pimping related messages between MF and the contact "Antckash", phone number #619-219-1413. In the messages Walker tells MF that he is her "pimp" and she is his "bottom bitch." I know from training and experience that the term "bottom bitch" is commonly used in the pimping and prostitution business. The bottom bitch is the main prostitute for the pimp whom he usually trusts the most.

In the Backpage subpoena return there were numerous ads for a female with a large tattoo of a dream catcher on her thigh. MF said this was Estrella Garcia. Garcia's escort ads were under the user email estrellag95@aol.com. I found a several ads posted for MF that were under the user email address of estrellag95@aol.com. MF told me that she and Garcia had worked together in the La Quinta hotel in Vista and other hotels in Oceanside. MF said that Garcia had helped her by posting her ads for her.

MF told me that Walker used the Facebook name "PayAntkckash". I found the Facebook page for "PayAnktckash Kts", https://www.facebook.com/#!/AntCkaSh?fref=ts . I found several photographs of Walker on his Facebook page. I conducted a DMV search and found California license #F5222402 for Anthony Lamont Walker Jr. The license photo for Walker was the same person in the photos I found on the Facebook page for PayAntckash. This was also the same male in the "Profile" photograph for the white HTC cell phone Walker gave to MF to use.

On June 9, 2013, Anthony Walker was arrested during a domestic violence incident. The victim in the case was Estrella Garcia with a date of birth in 1995. I

found Estrella Garcia on Facebook, https://www.facebook.com/#!/xexsxtxrxexlxlxax?fref=ts . In her Facebook photos I recognized her to be the same person in the ads from the backpage subpoena return that had the large dream catcher tattoo on her thigh and used the email estrellag95@aol.com.

Starting on July 24, 2013, MF made several pretext phone calls to Walker and these calls were recorded. During these calls MF and Walker talk about MF's upcoming sixteenth birthday. Walker admits that he is a pimp and tells MF how he first started pimping with Estrella Garcia. They also talk about her working with MF and how MF and Garcia did not get along. Walker admits to buying MF a pair of tan high heel shoes. These shoes are visible in one of the escort ads of MF. They also talk about MF going back to Walker on August 8, 2013 and working as a prostitute again. Walker tells MF they will need a laptop to post her again. In several of MF's escort ads she is referred to as "Snow". During the pretext phone calls Walker admits that he had given her the name "Snow" and he frequently calls her by this in the phone calls.